# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RE: *Strong v. United States of America*

Plaintiff: Adam Strong

ID: 22872-014

Civil Action No. 3:23-CV-0224

(Judge Mariani)

FILED
SCRANTON

MAR 10 2023

PER _____
DEPUTY CLERK

**ORDER**

    Plaintiff, Adam Strong, an inmate at the Federal Correctional Institution-Schuylkill, Minersville, Pennsylvania, lodged the above-captioned action without the filing of an appropriate application to proceed *in forma pauperis* or payment of the required filing fee. (Doc. 1).

    On February 8, 2023, this Court, seeking an appropriate application to proceed *in forma pauperis*, issued an Administrative Order informing the plaintiff that this action would not proceed unless the plaintiff, within thirty (30) days of the date of the Administrative Order, either: (1) tendered to the "Clerk, U.S. District Court" payment in the amount of $402.00, which represented a statutory filing fee in the amount of $350.00 and a $52.00 Administrative Fee; **or**, (2) filed a properly completed and signed application to proceed *in forma pauperis*. (Doc. 3). An application to proceed *in forma pauperis* was enclosed with the Order. (Doc. 3-1). Plaintiff was advised that failure to comply with the terms of the

Administrative Order within thirty (30) days would cause this case to be dismissed without prejudice. (Doc. 3).

More than thirty (30) days have elapsed and the plaintiff has not submitted the requisite filing fee nor has he requested an extension of time in which to do so.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

1. This action is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

ROBERT D. MARIANI
United States District Judge

Dated: March 10, 2023