IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADAM STRONG,                :    Civil No. 3:23-cv-224
                            :
    Plaintiff            :    (Judge Mariani)
                            :
v.                          :
                            :
UNITED STATES OF AMERICA, *et al.*,  :
                            :
    Defendants           :

## ORDER

**AND NOW**, this _10th_ day of April, 2025, upon consideration of the motion (Doc. 45) for summary judgment by the United States of America, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 45) for summary judgment is **GRANTED.**

2. The Clerk of Court is directed to **ENTER** judgment in favor of the United States of America, and against Plaintiff, on the FTCA claim.

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(g).

_____
Robert D. Mariani
United States District Judge